IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Civil Action No. 14-cv-01477-MRH

EDWARD WEHRENBERG,

     Plaintiff,

v.

METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY,

     Defendants.

---

## NOTICE OF APPEAL

---

Notice is hereby given that Plaintiff, Edward Wehrenberg ("Wehrenberg"), in the above-named case appeals to the United States Court of Appeals for the Third Circuit from the Judgment and orders entered in this action on the following dates:

1.     The April 9, 2015 Order entered by the Honorable Mark R. Hornak denying Wehrenberg's Motion to Join Additional Defendant;

2.     The January 10, 2017 Order entered by the Honorable Mark R. Hornak granting Defendant's Motion for Summary Judgment as to Counts I and II; and

3.     Any Order awarding Costs and Attorney fees to the Defendant and against Plaintiff.

    Dated:  February 9, 2017

Edward Wehrenberg


s/ Edward Wehrenberg
_____
EDWARD WEHRENBERG
1801 Arlington Avenue,
Pittsburgh, Pa 15210
Telephone:  412-901-4155
E-Mail:  ialaw68@aol.com

<u>CERTIFICATE OF SERVICE</u>

I certify that I served the foregoing **NOTICE OF APPEAL** upon all

parties herein by e- filing with the CM/ECF system maintained by the court

and email, at Pittsburgh, Pennsylvania Colorado, this 9th day of February

2017, addressed as follows:

Danielle M. Vugrinovich,Esquire
PA ID #88326
Attorney for Defendant, Metropolitan
Property and Casualty Insurance
Company
US Steel Tower, Suite 2900
600 Grant Street
Pittsburgh, PA 15219
dmvugrinovich@mdwcg. com


*s/* Edward Wehrenberg