UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 17-1327
_____

EDWARD WEHRENBERG,
                              Appellant
v.

METROPOLITAN PROPERTY & CASUALTY INSURANCE CO
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil Action No. 2-14-cv-01477)
District Judge: Honorable Mark R. Hornak
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
on November 14, 2017

Before:  AMBRO and KRAUSE, and RENDELL, *Circuit Judges*.
_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on November 14, 2017. On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the judgment of the District Court entered on January 10, 2017, be and the same is hereby AFFIRMED. Costs taxed against the Appellants. All of the above in accordance with the opinion of this Court.

ATTEST:

<u>s/Marcia M. Waldron</u>
Clerk

Dated: November 15, 2017